UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  Norma<br>          Ortiz | CASE NO: 20-40402<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>Judge: Norma Ortiz |

On 1/11/2021, I did cause a copy of the following documents, described below,

Amended Complaint

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/11/2021

/s/ Norma Ortiz
Norma Ortiz  2206530
Ortiz & Ortiz, LLP
35-10 Broadway, Suite 202
Astoria, NY  11106
718 522 1117

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Norma Ortiz | CASE NO: 20-40402 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 11 |
| | Judge: Norma Ortiz |

On 1/11/2021, a copy of the following documents, described below,

Amended Complaint

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/11/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Norma Ortiz
Ortiz & Ortiz, LLP
35-10 Broadway, Suite 202
Astoria, NY  11106

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FIRST CLASS

ELMHURST ASSET
C/O MUXIU LI
36-43 CLEARVIEW EXPRESSWAY
BAYSIDE NY 11361

FIRST CLASS

ROSA PRIETO
102-22 MARTENSE AVE.
APT. #2
CORONA NY 11368