UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

  Jorge M. Prieto

CASE NO: 20-01131

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 11
Judge: Norma Ortiz

On 4/8/2021, I did cause a copy of the following documents, described below,

Supplemental Summons

Amended Complaint

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/8/2021

/s/ Norma
Norma  2206530
Ortiz
35-10 Broadway, Suite 202
Astoria, NY  11106
718 522 1117

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

Jorge M. Prieto

CASE NO: 20-01131

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
Judge: Norma Ortiz

On 4/8/2021, a copy of the following documents, described below,

Supplemental Summons

Amended Complaint

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/8/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Norma
Ortiz
35-10 Broadway, Suite 202
Astoria, NY  11106

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
FIRST CLASS                         FIRST CLASS

ELMHURST ASSET                      ROSA PRIETO
C/O MUXIU LI                        102-22 MARTENSE AVENUE
36-43 CLEARVIEW EXPRESSWAY          APT. #2
BAYSIDE NY 11361                    CORONA NY 11368
```