UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>Jorge Miguel Prieto | CASE NO: 20-01131-jmm<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 8/6/2021, I did cause a copy of the following documents, described below,

Motion for Default

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/6/2021

/s/ Norma E. Ortiz
Norma E. Ortiz  2206530

Ortiz & Ortiz, LLP
35-10 Broadway, Suite 201
Astoria, NY  11106
718 522 1117

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

Jorge Miguel Prieto

CASE NO: 20-01131-jmm

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 8/6/2021, a copy of the following documents, described below,

Motion for Default

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/6/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Norma E. Ortiz
Ortiz & Ortiz, LLP
35-10 Broadway, Suite 201
Astoria, NY  11106

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FIRST CLASS

ELMHURST ASSETS LLC
C/O: MUXIU LI
36-43 CLEARVIEW EXPRESSWAY
BAYSIDE NY 11361

FIRST CLASS

ROSA PRIETO
102-22 MARTENSE AVENUE
APT. #2
CORONA NY 11368